UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA A. CONNER<br>    Plaintiff<br><br>v.<br><br>D-L-O, INC. D/B/A HONDA OF WATERTOWN<br>    Defendant | ) CIVIL ACTION NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) FEBRUARY 7, 2017 |

## COMPLAINT

### I.   INTRODUCTION

1. This is an action brought by a consumer against an automobile dealership for violation of the Consumer Leasing Act ("CLA"), 15 U.S.C. § 1667 *et seq.*

### II.   PARTIES

2. Plaintiff, Lisa A. Conner ("Conner"), is a consumer residing in Oakville, Connecticut.

3. Defendant, D-L-O, Inc. d/b/a Honda of Watertown ("Honda of Watertown"), is a Connecticut limited liability company that operates an automobile dealership in Watertown, Connecticut.

### III.   JURISDICTION

4. This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1667 d(c).

5. This Court has jurisdiction over Honda of Watertown because it is located in Connecticut and organized under the laws of the state of Connecticut.

6. Venue in this Court is proper because the transaction alleged herein occurred in this state.

## IV.  FACTUAL ALLEGATIONS

7. On or about August 8, 2015, Conner visited Honda of Watertown to turn in a vehicle that was at the end of its lease term and to lease a new 2015 Honda CRV (the "Vehicle").

8. Conner agreed to pay, and Honda of Watertown agreed to accept, an initial cash payment of $500 for the lease, and it provided Conner with a Leasing Agreement that included $500 as the "DOWN PAYMENT AMOUNT".

9. Honda of Watertown prepared a Close-End Vehicle Lease Agreement (the "Lease"), which included disclosures under the CLA, that listed $1,934.34 as the "Amount to be Paid in Cash" and as the total of the "AMOUNT DUE AT LEASE SIGNING OR DELIVERY", even though Conner paid only $500 down.

## V.  CAUSES OF ACTION

### A.  CONSUMER LEASING ACT

10. Plaintiff incorporates paragraphs 1-9.

11. Honda of Watertown violated the CLA by falsely disclosing an initial cash payment of $1,934.34 in the Lease and by not accurately itemizing the amount due at lease signing or delivery or accurately disclosing the capital cost of the Vehicle.

12. For its CLA violations, Honda of Watertown is liable to Conner for actual damages plus additional damages of $2,000, plus attorney's fees and costs.

3

**Wherefore, Plaintiff claims** actual damages, statutory damages of $2,000, punitive damages and attorney's fees and costs.

                                    PLAINTIFF, LISA A. CONNER

                                    By: /s/ *Daniel S. Blinn*
                                         Daniel S. Blinn (ct02188)
                                         dblinn@consumerlawgroup.com
                                         Consumer Law Group, LLC
                                         35 Cold Spring Rd. Suite 512
                                         Rocky Hill, CT  06067
                                         Tel. (860) 571-0408
                                         Fax (860) 571-7457