UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA A. CONNER,<br>    Plaintiff | : <br> : <br> : | CIVIL ACTION NO.<br>3:17-CV-00179-RNC |
| v. | : <br> : | |
| D-L-0, INC. D/B/A HONDA OF WATERTOWN<br>    Defendant | : <br> : <br> : | MARCH 27, 2017 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Lisa A. Conner, through her attorney, hereby gives notice that the plaintiff's claims shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, LISA A. CONNER,

By: /s/ *Daniel S. Blinn*
  Daniel S. Blinn (ct02188)
  dblinn@consumerlawgroup.com
  Consumer Law Group, LLC
  35 Cold Spring Rd. Suite 512
  Rocky Hill, CT  06067
  Tel. (860) 571-0408
  Fax (860) 571-7457

## CERTIFICATION

I hereby certify that on this 27th day of March, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ *Daniel S. Blinn*
      Daniel S. Blinn